UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Shat Acres Highland Cattle, LLC, et al.,

    Plaintiff(s),

    v.                                  Civil Action No. 2:20-cv-62

American Highland Cattle Association,

    Defendant(s).

## **ORDER**

On or before August 18, 2020, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c). Plaintiff and Defendant shall also file their Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 3rd day of August 2020.

                                              /s/ John M. Conroy
                                            John M. Conroy
                                            United States Magistrate Judge